**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARL HALEY, | Case No. 2:26-cv-00285-APG-NJK |
| Plaintiff, | **Order** |
| v. | |
| JESS MARCHESE, et al., | |
| Defendants. | |

Plaintiff initiated this case without paying the required fee or filing an application to proceed *in forma pauperis*. Docket No. 1.

Accordingly, the Court **ORDERS** Plaintiff to either (1) pay the $405 fee for filing a civil action or (2) file a fully complete application to proceed *in forma pauperis*, no later than April 6, 2026. The Court **INSTRUCTS** the Clerk's Office to send Plaintiff a copy of the *in forma pauperis* application. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

Dated: March 16, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1