**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARL HALEY,

    Plaintiff

v.

JESS MARCHESE, et al.,

    Defendants

Case No.: 2:26-cv-00285-APG-NJK

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 4]

On April 8, 2026, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because the plaintiff did not pay the filing fee or file a complete application to proceed in forma pauperis by the given deadline. ECF No. 4. Plaintiff Carl Haley did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 4) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE